SAUL WOLF, Appellant, *v.* IRVING FURIE, Respondent.

Argued October 10, 1946; decided November 14, 1946.

*George J. Rudnick* for appellant.
*Philip Feldman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.